

REPÚBLICA FEDERATIVA DO BRASIL
REGISTRO CIVIL DAS PESSOAS NATURAIS

Poder Judiciário do Estado de Rondônia
Selo Digital de Fiscalização

B1AAA12263-30D73 Isento

Confira a validade em
www.tjro.jus.br/consultaselo/

# CERTIDÃO DE NASCIMENTO
Nome

## ESTHEFANY LORRAYNE SOARES DOS SANTOS

CPF: 075.708.122-39 ••

Matrícula
095869 01 55 2018 1 00021 053 0006453 64

| | Dia | Mês | Ano |
Data do nascimento por extenso

| Hora | Naturalidade | Sexo |
| 20h 34min | Porto Velho-RO •• | Feminino |

| Município de registro e unidade de federação | Local, Município de Nascimento e UF |
| Candeias do Jamari-RO •• | Hospital de Base Drº Ary Pinheiro, Porto Velho-RO |

Filiação
**ANDERSON SILVA DOS SANTOS** e **ROSIMAR SOARES DA SILVA**, ele natural de Ji-Paraná/RO, ela natural de Jaru/RO, residentes na Localidade PA Flor do Amazonas II, Linha II, 58, zona rural em Candeias do Jamari/RO ••

Avós
DINALVA SILVA DOS SANTOS, LINDOMAR BARBOSA DA SILVA E MARIA SOARES DA SILVA

| Gêmeo | Nome e Matrícula do(s) gêmeo(s) |
| Sim | JHEMILY SIBELY SOARES DOS SANTOS (matrícula: 095869 01 55 2018 1 00021 052 0006452 66) •• |

| Data do registro por extenso | Número da D.N.V |
| Vinte e sete de setembro de dois mil e dezoito •• | 30-75167004-0 |

OBSERVAÇÃO/ANOTAÇÕES A ACRESCER
Emolumentos : Isento de Emolumentos, Custas e Selo (Face a Lei Federal nº 9.534/97). ••

Anotações de cadastro
| CEP residencial | 76.860-000 | Grupo Sanguíneo | — |

* As anotações de cadastro acima não dispensam a parte interessada da apresentação do documento original, quando exigido pelo órgão solicitante ou quando necessário para identificação de seu portador.

Nome do Ofício
*Cartório de Registro Civil e Notas*

Oficial Registrador
*Luduvico Fasolo*

Município e Comarca / UF
*Candeias do Jamari - Estado de Rondônia*

Endereço
*Rua Jasmin, nº 79*
*CEP: 76.860-000 - Fone: (69)3230-1020*

O conteúdo da certidão é verdadeiro. Dou fé.

Candeias do Jamari-RO, 27 de setembro de 2018.

Josian da Silva Rocha
Substituto



[QR Code]



[Illegible coat of arms]

[Holographic seal]

2P44E | 1D2BH | Illegible | Illegible
Verify at: www.ocartorio.net

## FEDERATIVE REPUBLIC OF BRAZIL
## CIVIL REGISTRY OF NATURAL PERSONS

[Illegible coat of arms]

Judiciary of the State of Rondonia
Digital Inspection Seal

**B1AAA12263-30D73 Exempt**
Verify its validity at
www.tjro.jus.br/consultaselo/

# BIRTH CERTIFICATE
### Name
## ESTHEFANY LORRAYNE SOARES DOS SANTOS

| CPF[Individual Taxpayer ID]: 075.708.122-39 |
|---|

REGISTRATION:
**095869 01 55 2018 1 00021 053 0006453 64**

| Date of Birth in Full | | Month | Day | Year |
|---|---|---|---|---|
| ███████████ | | ███ | | |

| Time | Born In |
|---|---|
| 08:34 PM | Porto Velho-RO |

| Place of Registration and Federal Unit | Place, Birth Municipality, And State | Sex |
|---|---|---|
| Candeias do Jamari-RO | Hospital de Base Dr. Ary Pinheiro, Porto Velho-RO | Female |

**Parentage**

**ANDERSON SILVA DOS SANTOS and ROSIMAR SOARES DA SILVA**, he a native of Ji-Parana/RO, she a native of Jaru/RO, residing at Localidade Pa Flor do Amazonas II, linha II, lote 58, rural area, Candeias do Jamari/RO.

**Grandparents**

DINALVA SILVA DOS SANTOS, LINDOMAR BARBOSA DA SILVA AND MARIA SOARES DA SILVA

| Twin | Name and Enrollment of the Twin(S) |
|---|---|
| Yes | JHEMILY SIBELY SOARES DOS SANTOS (registration: 095869 01 55 2018 1 00021 052 0006452 66) |

| Date of Registration in Full | Live Birth Declaration Number |
|---|---|
| September twenty-seventh two thousand and eighteen | 30-75167004-0 |

**REMARKS / ADDITIONAL ANNOTATIONS**

Fees: Exempt from Notarial and Registration Fees, Court Costs, and Seal Fees (Pursuant to Federal Law No. 9,534/97).

**Registration Notations**

| Residential Zip Code | 76.860-000 | | Blood Group | --- |
|---|---|---|---|---|

*The registration notes above do not exempt the interested party from presenting the original document, when required by the requesting authority or when necessary for the identification of the bearer.

| Registry Office Name |
|---|
| *Civil Registry and Notary Office* |
| Registrar: |
| *Ludovico Fasolo* |
| Municipality and Judicial District/State |
| *Candeias do Jamari - State of Rondonia* |
| Address: |
| *Rua Jasmin, No. 7* |
| *ZIP Code: 76.860-000- Phone: (69) 3230-1020* |

The content of the certificate is true. I certify it.
Candeias do Jamari-RO, September 27, 2018



[Signature]

Josian da Silva Rocha
Deputy Registrar

AA 008845019 BRP

ARPENBRASIL [Logo: ARPENBRASIL]



CERTIFIED
The Spanish Group
TRANSLATION

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ____ **ORANGE** ____.

On,____ **July 20th, 2026** ____before me, ___ **ORLENA C. BOLDER Notary Public** ___

(Insert name and title of the officer)

personally appeared _____ **Salvador G. Ordorica** _____,
who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ORLENA C. BOLDER
COMM. #2455210
Notary Public - California
Orange County
My Comm. Expires July 27, 2027

Signature_____

(Notary Public Seal)



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **20th** day of **July, 2026**

I, Alexander Largaespada ( *Alex Largaespada* ), hereby certify that I translated the attached documents from Portuguese into English or English into Portuguese and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**



Internationally
Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*



REPÚBLICA FEDERATIVA DO BRASIL
REGISTRO CIVIL DAS PESSOAS NATURAIS

Poder Judiciário do Estado de Rondônia
Selo Digital de Fiscalização

B1AAA12262-0D207 Isento

Confira a validade em
www.tjro.jus.br/consultaselo/

# CERTIDÃO DE NASCIMENTO
## Nome
# JHEMILY SIBELY SOARES DOS SANTOS

CPF: 075.707.852-40 ••

Matrícula
095869 01 55 2018 1 00021 052 0006452 66

| Data do nascimento por extenso | Dia | Mês | Ano |
|---|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉ | ▉▉ |

| Hora | Naturalidade | Sexo |
|---|---|---|
| 20h 33min | Porto Velho-RO •• | |

| Município de registro e unidade de federação | Local, Município de Nascimento e UF | Sexo |
|---|---|---|
| Candeias do Jamari-RO •• | Hospital de Base Drº Ary Pinheiro, Porto Velho-RO | Feminino |

Filiação
**ANDERSON SILVA DOS SANTOS** e **ROSIMAR SOARES DA SILVA**, ele natural de Ji-Paraná/RO, ela natural de Jaru/RO, residentes na Localidade Pa Flor do Amazonas II, linha II, lote 58, zona rural em Candeias do Jamari/RO ••

Avós
DINALVA SILVA DOS SANTOS, LINDOMAR BARBOSA DA SILVA E MARIA SOARES DA SILVA

| Gêmeo | Nome e Matrícula do(s) gêmeo(s) |
|---|---|
| Sim | ESTHEFANY LORRAYNE SOARES DOS SANTOS (matrícula: 095869 01 55 2018 1 00021 053 0006453 64) •• |

| Data do registro por extenso | Número da D.N.V |
|---|---|
| Vinte e sete de setembro de dois mil e dezoito •• | 30-75167003-2 |

OBSERVAÇÃO/ANOTAÇÕES A ACRESCER
Emolumentos : Isento de Emolumentos, Custas e Selo (Face a Lei Federal nº 9.534/97). ••

Anotações de cadastro

| CEP residencial | 76.860-000 | Grupo Sanguíneo | --- |
|---|---|---|---|

* As anotações de cadastro acima não dispensam a parte interessada da apresentação do documento original, quando exigido pelo órgão solicitante ou quando necessário para identificação de seu portador.

Nome do Ofício
*Cartório de Registro Civil e Notas*

Oficial Registrador
*Luduvico Fasolo*

Município e Comarca / UF.
*Candeias do Jamari - Estado de Rondônia*

Endereço
*Rua Jasmin, nº 79*
*CEP: 76.860-000 - Fone: (69)3230-1020*

O conteúdo da certidão é verdadeiro. Dou fé.

Candeias do Jamari-RO, 27 de setembro de 2018.

Josian da Silva Rocha
Substituto

AA 00845801 7   BRP   ARPENBRASIL


[Holographic seal]

[Illegible coat of arms]


[QR Code]



## FEDERATIVE REPUBLIC OF BRAZIL
## CIVIL REGISTRY OF NATURAL PERSONS

[Illegible coat of arms]
Judiciary of the State of Rondonia
Digital Inspection Seal
**B1AAA12262-0D207 Exempt**
Verify its validity at
www.tjro.jus.br/consultaselo/

# BIRTH CERTIFICATE
Name
## JHEMILY SIBELY SOARES DOS SANTOS

CPF[Individual Taxpayer ID]: 075.707.852-40

REGISTRATION:
**095869 01 55 2018 1 00021 052 0006452 66**

| Date Of Birth In Full | Month | Day | Year |
|---|---|---|---|
| ███████████████████ | 09 | 01 | 2018 |

| Time | Born In |
|---|---|
| 08:33 PM | Porto Velho-RO |

| Place Of Registration And Federal Unit | Place, Birth Municipality, And State | Sex |
|---|---|---|
| Candeias do Jamari-RO | Hospital de Base Dr. Ary Pinheiro, Porto Velho-RO | Female |

Parentage

**ANDERSON SILVA DOS SANTOS and ROSIMAR SOARES DA SILVA**, he a native of Ji-Parana/RO, she a native of Jaru/RO, residing at Localidade Pa Flor do Amazonas II, linha II, lote 58, rural area, Candeias do Jamari/RO.

Grandparents

DINALVA SILVA DOS SANTOS, LINDOMAR BARBOSA DA SILVA AND MARIA SOARES DA SILVA

| Twin | Name And Enrollment Of The Twin(S) |
|---|---|
| Yes | ESTHEFANY LORRAYNE SOARES DOS SANTOS (registration: 095869 01 55 2018 1 00021 053 0006453 64) |

| Date Of Registration In Full | Live Birth Declaration Number |
|---|---|
| September twenty-seventh two thousand and eighteen | 30-75167003-2 |

REMARKS / ADDITIONAL ANNOTATIONS

Fees: Exempt from Notarial and Registration Fees, Court Costs, and Seal Fees (Pursuant to Federal Law No. 9,534/97).

Registration Notations

| Residential Zip Code | 76.860-000 | Blood Group | --- |
|---|---|---|---|

*The registration notes above do not exempt the interested party from presenting the original document, when required by the requesting authority or when necessary for the identification of the bearer.

| Registry Office Name |
|---|
| *Civil Registry and Notary Office* |
| Registrar: |
| *Ludovico Fasolo* |
| Municipality and Judicial District/State |
| *Candeias do Jamari - State of Rondonia* |
| Address: |
| *Rua Jasmin, No. 7* |
| *ZIP Code: 76.860-000- Phone: (69) 3230-1020* |

The content of the certificate is true. I certify it.
Candeias do Jamari-RO, September 27, 2018



[Signature]
Josian da Silva Rocha
Deputy Registrar


CERTIFIED
The Spanish Group
TRANSLATION


AA 008845017 BRP
ARPENBRASIL

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ **ORANGE** _____.

On,_____ **July 20th, 2026** _____before me,  **ORLENA C. BOLDER Notary Public** _____

(Insert name and title of the officer)

personally appeared _____ **Salvador G. Ordorica** _____,
who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
ORLENA C. BOLDER
COMM. #2455210
Notary Public - California
Orange County
My Comm. Expires July 27, 2027
```

Signature_____        (Notary Public Seal)



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **20th** day of **July, 2026**

I, Alexander Largaespada ( *Alex Largaespada* ), hereby certify that I translated the attached documents from Portuguese into English or English into Portuguese and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

Internationally
Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*

ESTADO DE RONDONIA
MUNICÍPIO DE CANDEIAS DO JAMARI



Poder Judiciário do Estado de Rondônia
Selo Digital de Fiscalização

**B1AAA11290-86633**

Confira a validade em
www.tjro.jus.br/consultaselo/

# CERTIDÃO DE CASAMENTO
## ANDERSON SILVA DOS SANTOS NASCIMENTO
## ROSIMAR SOARES DA SILVA NASCIMENTO
Matrícula
095869 01 55 2016 2 00007 214 0001414 14

Nomes completos de solteiro, datas e locais de nascimento, nacionalidade e filiações dos cônjuges:

**ANDERSON SILVA DOS SANTOS NASCIMENTO**, nascido aos 18 de dezembro de 1987, natural de Ji-Paraná-RO, de nacionalidade brasileira, solteiro, agricultor, filho de DERVALDO OLIVEIRA DO NASCIMENTO e de DINALVA SILVA DOS SANTOS, residente e domiciliado na Linha 03, Flor do Amazonas, s/nº, poste 39, Zona Rural, em Candeias do Jamari-RO ••

**ROSIMAR SOARES DA SILVA**, nascida aos 11 de janeiro de 1992, natural de Jaru-RO, de nacionalidade brasileira, solteira, do lar, filha de LINDOMAR BARBOSA DA SILVA e de MARIA SOARES DA SILVA, residente e domiciliada na Linha 03, Flor do Amazonas, s/nº, Poste 39, zona rural, em Candeias do Jamari-RO

| Data do registro do casamento (por extenso) | Dia | Mês | Ano |
|---|---|---|---|
| Vinte de maio de dois mil e dezesseis •• | 20 | 05 | 2016 |

Regime de bens do casamento
Comunhão Parcial de Bens ••

Nome que cada um dos cônjuges passou a utilizar (quando houver alteração)
ROSIMAR SOARES DA SILVA NASCIMENTO ••

Observações / Averbações
Casamento celebrado neste Ofício, perante o Juiz de Paz Adevar José Dantas. Emolumentos: R$15,11, Fuju: R$3,02, Selo: R$0,95, Total = R$19,08 ••

Nome do Ofício
*Cartório de Registro Civil e Notas*

O conteúdo da certidão é verdadeiro. Dou fé.

Oficial Registrador
*Luduvico Fasolo*

Candeias do Jamari-RO, 20 de maio de 2016.

Município / UF
*Candeias do Jamari - Estado de Rondônia*

Endereço
*Rua Jasmin, nº 79*
*CEP: 76.860-000 - Fone: (69)3230-1020*

Luduvico Fasolo
Oficial

Confira a validade do selo em: www.tjro.jus.br/consultaselo/

Rua Jasmim nº 79, Setor Comercial - CEP: 76.860-000 - Candeias do Jamari - RO.


[Stamp: illegible coat of arms]
[QR Code]

**FEDERATIVE REPUBLIC OF BRAZIL**
**STATE OF RONDONIA**
**MUNICIPALITY OF CANDEIAS DO JAMARI**


[Holographic seal]

[Illegible coat of arms]
Judiciary of the State of Rondonia
Digital Inspection Seal

**BA1AAA11290-86633**
Verify its validity at
www.tjro.jus.br/consultaselo/

## MARRIAGE CERTIFICATE
### ANDERSON SILVA DOS SANTOS NASCIMENTO
### ROSIMAR SOARES DA SILVA NASCIMENTO
Registration No.
095869 01 55 2016 2 00007 214 0001414 14

---

Full Single Names, Dates Of Birth, Places Of Birth, Nationality, And Parentage Of Spouses
**ANDERSON SILVA DOS SANTOS NASCIMENTO**, born on ▮▮▮▮▮▮, a native of Ji-Parana-RO, Brazilian, single, farmer, son of DERVALDO OLIVEIRA DO NASCIMENTO and DINALVA SILVA DOS SANTOS, residing and domiciled at Linha 03, Flor do Amazonas, s/no, poste 39, rural area, Candeias do Jamari-RO.
**ROSIMAR SOARES DA SILVA**, born on ▮▮▮▮▮ a native of Jaru-RO, Brazilian, single, homemaker, daughter of LINDOMAR BARBOSA DA SILVA and MARIA SOARES DA SILVA, residing and domiciled at Linha 03, Flor do Amazonas, s/no, Poste 39, rural area, Candeias do Jamari-RO.

---

| Date Of Marriage Registration (In Full) | Month | Day | Year |
|---|---|---|---|
| May twentieth, two thousand and sixteen | 05 | 20 | 2016 |

---

Regime Of Property Of The Marriage
Partial Communion of Property

---

Name That Each Spouse Started Using (When There Is A Change)
ROSIMAR SOARES DA SILVA NASCIMENTO

---

Remarks / Annotations
Marriage celebrated at this Registry Office before the Justice of the Peace Adevar Jose Dantas. Fees: BRL 15.11; FUJU: BRL 3.02; Seal Fee: BRL 0.95; Total: BRL 19.08.

---

| Registry Office Name |
|---|
| *Civil Registry and Notary Office* |
| Registrar: |
| *Ludovico Fasolo* |
| Municipality and Judicial District/State |
| *Candeias do Jamari - State of Rondonia* |
| Address: |
| *Rua Jasmin, No. 7* |
| *ZIP Code: 76.860-000- Phone: (69) 3230-1020* |

Verify the validity of the seal at: www.tjro.jus.br/consultaselo/

The content of the certificate is true. I certify it.

Candeias do Jamari-RO, May 20, 2016


[Signature]

Ludovico Fasolo
Registrar



Rua Jasmin, no. 79 Commercial Sector - ZIP CODE: 76.860-000 - Candeias do Jamari - RO.

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___**ORANGE**___ .

On,____**July 20th, 2026**____before me, ___**ORLENA C. BOLDER Notary Public**___

(Insert name and title of the officer)

personally appeared _____**Salvador G. Ordorica**_____,
who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ORLENA C. BOLDER
COMM. #2455210
Notary Public - California
Orange County
My Comm. Expires July 27, 2027

Signature_____    (Notary Public Seal)



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **20th** day of **July, 2026**

I, Alexander Largaespada ( *Alex Largaespada* ), hereby certify that I translated the attached documents from Portuguese into English or English into Portuguese and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

Internationally
Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

CERTIFIED
The Spanish
Group
TRANSLATION

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.

CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

# The Commonwealth of Massachusetts

CT 5936797



07012019

*Commonwealth of Massachusetts*
*Registry of Vital Records and Statistics*

RECORD OF BIRTH

REGISTERED NUMBER:    **241056**
STATE FILE NUMBER:    **010371**

CHILD

NAME:    **NYCOLAS GABRYEL   SOARES   DOS SANTOS**
SEX:    **MALE**        PLURALITY:   **SINGLE**
DATE OF BIRTH:   ███████████    TIME:    **02:38 PM**
PLACE OF BIRTH:    **WORCESTER, MASSACHUSETTS**

PARENT

NAME:   **ROSIMAR SOARES DA SILVA**
SURNAME AT BIRTH OR ADOPTION:   **DA SILVA**
BIRTHPLACE:   **JARU,RO, BRAZIL**
DATE OF BIRTH:   ████████

PARENT

NAME:   **ANDERSON --- SILVA DOS SANTOS**
SURNAME AT BIRTH OR ADOPTION:   **SILVA DOS SANTOS**
BIRTHPLACE:   **JI-PARANA,RO, BRAZIL**
DATE OF BIRTH:   ████████

AT-BIRTH RESIDENCE:    **ACTON, MASSACHUSETTS**

DATE OF RECORD:    **MARCH 19, 2024**

DATE ISSUED:   **MARCH 25, 2024**

*I, the undersigned, hereby certify that I am the Clerk of the Town of Acton; that as such I*
*have custody of the records of birth, marriage, and death required by law to be kept in*
*my office; and I do hereby certify that the above is a true copy from said records, as held*
*in the  Commonwealth's central vital records information repository.*



*Esa K. Sykasadek*

*Clerk*
Town of Acton

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

U.S. Department of Homeland Security

# Order of Release on Recognizance

File No: A245 212 295
Date: September 13, 2023
Event No: IMB2309000134

Name: ANDERSON SILVA DOS SANTOS

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (~~writing~~) (person) to _____
(Name and Title of Case Officer)

at AS INDICATED ON THE ATTACHED OREC G-56 _____ on _____ at _____
(Location of DHS Office)                          (Day of each week or month)          (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the immigration officer listed above.

☒ You must not violate any local, State, or Federal laws or ordinances.

☒ You must assist the Department of Homeland Security in obtaining any necessary travel documents.

☐ Other: _____

_____

_____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

BRIAN T SMITH
Date: 2023.09.13 11:59:09 07:00
0976815136.CBP
_____
(Signature of DHS Official)

BRIAN T. SMITH
Acting/Patrol Agent in Charge
_____
(Printed Name and Title of Official)

### Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ SPANISH _____ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

ALEX CAMACHO
_____
(Signature of Immigration Officer Serving Order)

_____
(Signature of Alien)

09/13/2023
_____
(Date)

### Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.

☐ The alien was taken into custody for removal. _____
(Signature of Immigration Officer Canceling Order)

_____
(Date)

Form I-220A (Rev. 08/01/07) N

Anderson Sílva Dos Santos A- 234798312

Esthefany Larrayne soares dos santos

Jhemily Sibely soares dos Santos

Urycolas Qabryel soares dos Santos

Anderson Silva Dos Santos A-234798112

Rosimar Soares da Silva

Esthefany Lorrayne Soares dos Santos

Jhemily Sibely Soares dos Santos

Anderson Silva Dos Santos   A-234798112

Nycolas Gabryel Soares dos Santos

Rosiman Soares da Silva

Esthefany Lorrayne Soares dos Santos

Jhemily Sibely Soares dos Santos

Anderson Silva Dos santos A. 234798152

Nycolas Gabryel Soares dos santos

Rosimar Soares da Silva



IF YOUR PASSPORT EXPIRES WITHIN SIX MONTHS

Endorsements / Mentions Spéciales / Anotaciones

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

# THE UNITED STATES OF AMERICA

**USA**

| Type/Type/Tipo | Code/Code/Código | Passport No./No. du Passeport/No. de Pasaporte |
|---|---|---|
| P | USA | A66004630 |

Surname/Nom/Apellidos
**PINTO**

Given names/Prénoms/Nombres
**CHARLES**

Nationality/Nationalité/Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth/Date de naissance/Fecha de nacimiento

Sex/Sexe/Sexo
**M**

Place of birth/Lieu de naissance/Lugar de nacimiento
**BRAZIL**

Date of issue/Date de délivrance/Fecha de expedición
**09 JUL 2025**

Date of expiration/Date d'expiration/Fecha de caducidad
**08 JUL 2035**

Authority/Autorité/Autoridad
**UNITED STATES DEPARTMENT OF STATE**

P<USAPINTO<<CHARLES<<<<<<<<<<<<<<<<<<<<<<<<<<<

A6600463O9USA65O6O21M3507O83582671O67<812388

**LETTER OF CHARACTER SUPPORT AND GUARANTEE OF SUPPORT**

**Regarding:** Anderson Silva dos Santos
**A-Number:** A234798112

**To the Honorable Immigration Court,**

My name is **Charles Pinto**, and I am writing this letter to express my support for Mr. Anderson Silva dos Santos and to state that I am willing to serve as his sponsor and support person during his immigration process.

I know Mr. Anderson through our faith community. My relationship with him is not limited to a personal friendship, but is based on the time I have spent getting to know his character, values, and conduct.

During the time I have known Anderson, he has shown himself to be an honest, respectful, responsible, and hardworking person. He is a man dedicated to his family, working honestly and making every effort to provide support and stability for his loved ones.

I have witnessed his commitment to good values, his humility, and his willingness to contribute positively to those around him. He is a person of good moral character and someone who can be trusted.

As his sponsor, I am willing to provide Anderson with emotional support, financial support, and assistance related to his immigration process as needed. I am committed to helping him navigate this difficult time and providing guidance and support so that he can continue fulfilling his responsibilities to his family and community.

I believe Anderson is a person who deserves the opportunity to continue his life in a responsible manner, surrounded by his family and support network.

I respectfully ask that this letter be considered as a demonstration of Mr. Anderson's character, his positive contributions, and the support system available to him.

Thank you for your time and consideration. I am available to provide any additional information if needed.

Respectfully,

Name: **Charles Pinto**
Phone: **+1 (774) 707-0919**
Address: **84 Framingham Road, Marlborough, MA 01752**
Email: _CharlesPainting@gmail.com_
Date: _7/19/2026_
Signature: _____

**Date:** July 20, 2026

**To:** Honorable Immigration Judge

**Regarding:** Character Reference for Anderson Silva dos Santos

**Alien Registration Number (A-Number):** A234798112

Honorable Immigration Judge,

My name is Edmilson Gonçalves de Queiroz, residing at 24 Houghton St, Hudson, MA 01749. My phone number is 508-994-9953 and my email is pr.edimilson_queiroz@hotmail.com.

I am writing this letter as a character reference in support of my friend, Anderson Silva dos Santos.

I have known Anderson for 4 years. We worked together in construction here in the United States, which gave me the opportunity to interact with him daily and deeply understand his character and values.

Throughout the time we worked together, Anderson always proved to be an exceptional professional. He is an exemplary worker, deeply committed to the tasks assigned to him, and always willing to do his best. He is also excellent at teamwork, helping to maintain a safe and productive environment. Anderson is very responsible and punctual, essential traits in our profession, and he always strictly complied with his work schedules.

Beyond his excellent professional performance, what I admire most about Anderson is his personal character. He is a devoted family man and an exemplary husband. Whenever we spoke, it was clear how much his family is his priority and the driving force of his life. He always emphasized that he has three young children and that he was striving with all his might to provide them with the best future he could.

On the job site, Anderson easily won the sympathy of everyone. He is a high-spirited person, always smiling, very friendly, and loyal to his coworkers. He has a gift for transforming a difficult work environment into a lighter place with his positivity and good heart.

I firmly believe that Anderson is a good man, a hard worker, and a person of excellent moral conduct, who contributes very positively to our society.

I thank Your Honor for your time and for considering this testimony. I am available to provide any additional information if necessary.

Respectfully,

_____

**Edmilson Gonçalves de Queiroz**
Team Leader

**LETTER OF CHARACTER SUPPORT AND GUARANTEE OF SUPPORT**

**Regarding:** Anderson Silva dos Santos
**A-Number:** A234798112

**To the Honorable Immigration Court,**

My name is **Valoides Silva Gomes**, and I am writing this letter in enthusiastic support of my dear brother, Anderson, who is currently in ICE custody. I am a resident of Massachusetts and I have known Anderson for his entire life.

During the time I have known him, Anderson has proven to be a man of exceptional character, honesty, and integrity. He is a deeply devoted family man who loves his wife, Rosimar Soares, and is an outstanding, present father to his children: Jhemily Sibely, Esthefany Lorrayne, and his young son, Nycolas Gabriel. His entire family depends heavily on his emotional and financial support, and his absence is causing a severe hardship on his young children.

In our community here in Massachusetts, he is known as a peaceful, hardworking, and honorable individual. He has always been a person of good moral character, dedicated to his family and his community, and he does not pose any danger whatsoever to society.

If you grant him the opportunity to be released on bond, I can assure Your Honor that he will fully comply with all immigration court proceedings, attend every single hearing, and cooperate with the law. He has a stable place for his family to reside and has every intention of resolving his legal status correctly.

Thank you for your time, your fairness, and your consideration of this request to grant him a bond so he can return home to care for his children and his wife while his case continues.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,


Name: **Valoides Silva Gomes**
Phone: **+1 (774) 707-5210**
Address: **160 Broad Street, Apt 2, Marlborough, MA 01752**
Date: _07/20/2026_
Signature:

**To the Honorable Immigration Judge:**

I am writing this letter in support of my former English language student. I had the privilege of teaching him at Hudson Maynard Adult Learning Center for an entire school year. We met twice each week, every Tuesday and Thursday evening from 6:30 p.m. to 9:00 p.m. During that time, I had the opportunity to watch him grow not only as an English learner, but also as a person of remarkable character, perseverance, and integrity.

When he first joined my Level 2 English class, he was extremely quiet and reserved. He often sat toward the back of the classroom and rarely participated in discussions. He also struggled with the technology required for the course, and there were moments when he became discouraged and considered leaving the program altogether.

I encouraged him to continue because I believed he was capable of succeeding. We worked through those early challenges together, and over time I watched his confidence steadily grow. Rather than giving up, he embraced the learning process, accepted that making mistakes were a necessary part of learning, and continued showing up with determination and a positive attitude.

The transformation I witnessed throughout the school year was truly inspiring. In less than six months, he had become one of the most engaged and confident members of the class. The student who had once been afraid to speak was now actively participating in conversations, asking questions, volunteering answers, and encouraging others to practice English without fear of making mistakes.

His positive attitude had a meaningful impact on our classroom community. He brought warmth, humor, and genuine kindness to every class. He often shared stories from his own life in English, even when he knew his grammar was not perfect, because he understood that learning comes through trying. His willingness to put himself out there inspired many of his classmates who were also hesitant to speak. He became a powerful example that progress is achieved through courage, persistence, and effort rather than perfection.

One of the proudest moments I witnessed was during our graduation ceremony. In front of hundreds of people, he voluntarily walked onto the stage and spoke about his journey learning English. Watching someone who had once been too shy to participate in class confidently address such a large audience was an unforgettable moment. His speech reflected not only how much his English had improved, but also how much he had grown in confidence and self-belief.

Beyond his academic progress, I came to know him as a kind, respectful, and compassionate individual. He consistently treated his classmates and teachers with courtesy and respect. He celebrated the successes of others, encouraged classmates who struggled, and helped create a welcoming and positive learning environment. Throughout the year, I also came to understand how deeply committed he is to his family. It was clear to me that he works incredibly hard to build a better future for them and approaches that responsibility with humility and dedication.

As a teacher, I have the privilege of watching students develop every year. While many make progress academically, only a few leave a lasting impression because of the example they set for others. He is one of those individuals. His resilience, growth mindset, courage, humility, and kindness made him a role model within our classroom, and his journey remains one of the most memorable success stories I have witnessed during my teaching career.

I offer this letter based entirely on my personal experiences and observations during the year that I taught him. It is without hesitation that I express my strongest support for him. I respectfully ask the Court to consider the character, integrity, perseverance, and positive influence that I personally witnessed. I sincerely believe he is a person of good moral character who contributes positively to those around him and is committed to creating a better future for himself and his family.

Thank you for your time and thoughtful consideration.

Respectfully,

Victor Turquetto
English Instructor, Hudon Maynard Adult Learning Center
(617) 251 4745
vdturquetto@hudsonadulted.org



**Hudson Maynard Adult Learning Center**
Located at Hudson High School
69 Brigham Street
Hudson, MA 01749

July 18th, 2026

Deportation and Immigration Court

Re: Anderson Silva Dos Santos

Dear Sir or Madam,

I am writing to confirm that Anderson Silva Dos Santos, is currently enrolled in our English For Speakers of Other Languages (ESOL) program at Hudson Maynard Adult Learning Center. He been enrolled in our program since June 2025. He is currently in the High Beginner ESOL and has made excellent progress, advancing to the intermediate level.

This class is held twice a week, on Tuesday and Thursday evenings, from September to May. Anderson is a devoted father that shows respect and responsibility for himself and his family, showing up every day and working hard to provide. He also attends church every Sunday with his family.

From my personal experience, Anderson is kind, honest, well-respected, ethical, and hard-working. Our program is designed to help students build a strong foundation in reading, writing, listening, and speaking, and Mr. Silva is making consistent progress in all areas. Additionally, he has maintained almost perfect attendance each month since enrolling in the program.

If you require any further information regarding his enrollment or participation in the program, please feel free to contact me.

Sincerely,

*Sandra Maiuri*

Sandra Maiuri
Director of Adult Education
Hudson Maynard Adult Learning Center
69 Brigham Street, Hudson, MA 01749
scmaiuri@hudson.k12.ma.us
(978) 567-6250 ext. 15113

**Date:** July 20, 2026
**To:** Honorable Immigration Judge
**Regarding:** Court Hearing for Anderson Silva dos Santos
**Alien Registration Number (A-Number):** A234798112

Honorable Immigration Judge,

My name is Cassia S. Silva-Alves and I am writing this letter in enthusiastic support of my dear friend, Anderson, who is currently in ICE custody. I am a resident of Massachusetts and I have the pleasure of knowing Anderson.

During the time I have known him, Anderson has proven to be a man of exceptional character, honesty, and integrity. He is a deeply devoted family man who loves his wife, Rosimar Soares, and is an outstanding, present father to his children: Jhemily Sibely, Esthefany Lorrayne, and his young son, Nycolas Gabriel. His entire family depends heavily on his emotional and financial support, and his absence is causing a severe hardship on his young children.

In our community here in Massachusetts, he is known as a peaceful, hardworking, and honorable individual. He has always been a person of good moral character, dedicated to his family and his community, and he does not pose any danger whatsoever to society.

If you grant him the opportunity to be released on bond, I can assure Your Honor that he will fully comply with all immigration court proceedings, attend every single hearing, and cooperate with the law. He has a stable place for his family to reside and has every intention of resolving his legal status correctly.

Thank you for your time, your fairness, and your consideration of this request to grant him a bond so he can return home to care for his children and his wife while his case continues.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,

*(signature)*

(Signature)

**Cassia S. Silva-Alves**
**Phone Number:** +1 (508) 840-6348
**Address:** 275 W Main St, Apt 32, Marlborough, MA 01752-3906

**Rosimar Soares da Silva**
141 A Broadmeadow St, Apt 10, Marlborough, MA 01752
Contato: (978) 310-6715
E-mail: rosimarsantos072@gmail.com
July 20, 2026

**To the Honorable Immigration Judge,**
**RE: Character Reference for Anderson Silva dos Santos | A-Number: 234 798 112**

To the Honorable Immigration Judge,

I am writing this letter to express my full support for my husband, Anderson Silva dos Santos. We have been married for ten years, and throughout this time, I have been a direct witness to his character, integrity, and honesty. Anderson is an incredible human being, possessing a huge heart and a genuine desire to help everyone around him.

Our family deeply feels his absence. It has been one month since he was detained, and this period has been extremely difficult for us. Anderson has always been a fundamental pillar in our home; a present, loving, and dedicated father who never measured efforts to work hard and ensure the well-being of our children. They miss him very much and ask daily when their father will return home, which makes our daily routine a constant emotional challenge.

I would like to highlight Anderson's resilience. Even when facing difficulties and life's challenges, he always maintains a positive attitude, encouraging me not to lose hope and assuring me that, together, we will find a solution to any obstacle. He has never caused harm to anyone, nor has he had the intention to harm anyone.

I know that all human beings have imperfections, but for me and our children, Anderson is an exemplary partner, a loving husband, and a loyal friend. He is the foundation of our family, and we rely heavily on his presence, emotional support, and dedication. If you require any additional information or wish to discuss any details regarding Anderson, I am fully available to be contacted via the phone number or email listed above. I reiterate that Anderson has our full support and that we are eagerly waiting for him at home. I respectfully ask that you consider his good character and the positive impact he has on our lives when making your decision.


Sincerely,

*Rosiman Soares da Silva*
**Rosimar Soares da Silva**

**Marlborough, Massachusetts**
**July 19, 2026**

**Affidavit of Residence**

I, **Euzane Amorim**, declare that I am the person responsible for the residence located at **141A Broadmeadow St., Apt. 10, Marlborough, MA.**

I confirm that the wife of **Mr. Anderson Silva dos Santos**, together with their three children, is currently residing at my property.

I further declare that **Mr. Anderson Silva dos Santos** is invited and authorized to reside at the same address with his family upon his release on bond.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** _Euzane Amorim_

**Printed Name:** Euzane Amorim

**Telephone:** _774-290-3037_

**Date:** _07/19/26_

I lov you ded i misyou ded i ded you are my storded frum Jhemily.

Jhemily
Sibely

I lov you ad deraud it is you'd be
You 'are my stor, ded HFrum' dah
Esthefany

Esthefany
Lorrayne